■ LESTER WARRIOR, Appellant. v. MARTIN HARRIS, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term quashing subpœna duces tecum served on

Merchants Mutual Insurance Company.)  Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.